**Order filed, April 22, 2022.**



In The

# Court of Appeals
## For The
# First District of Texas
_____

## NO. 01-22-00284-CR

### IVAN BURGOS SANTIAGO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 264th District Court
Bell County, Texas
Trial Court Case 82101**

---

## ORDER

The reporter's record in this case was due April 19, 2022. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Elizabeth A. Young, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM